**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-7843**

———————

NEVELL ROGERS,

Plaintiff - Appellant,

versus

IREN ELLIOTT,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
South Carolina, at Charleston. Matthew J. Perry, Jr., Senior District
Judge. (CA-98-2946-2-10)

———————

Submitted: March 25, 1999        Decided: March 31, 1999

———————

Before WILKINS and MOTZ, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Nevell Rogers, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See
Local Rule 36(c).

PER CURIAM:

Nevell Rogers appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Rogers v. Elliott</u>, No. CA-98-2946-2-10 (D.S.C. Dec. 8, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>